UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Tyler Yewell Grant</u>

v.  Case No. 25-cv-103-LM-TSM

<u>Grafton County, et al.</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation (R&R) of Magistrate Judge Talesha L. Saint-Marc dated February 24, 2026. For the reasons explained therein, the defendants' motions to dismiss (doc. nos. 36, 37, 38, 40, 42) are granted. As detailed in the R&R, the following claims are dismissed: Claims 1–20, 32–47 for lack of subject matter jurisdiction under Rule 12(b)(1); Claims 21, 22, 26–31, 48–58 for failure to state a claim under Rule 12(b)(6); and the portions of Claims 23–25 that seek to hold Officer Fowler liable in his official capacity. Claims 23–25 against Officer Fowler in his individual capacity are the only remaining claims in this lawsuit.

Further, Mr. Grant's motions for preliminary injunction (doc. nos. 5, 6) are denied.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

March 10, 2026
cc:   Tyler Yewell Grant, pro se
      Counsel of Record